1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES LEE CROW,                          No.  1:25-cv-00508-KES-SKO (HC)

12                 Petitioner,                 ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, DISMISSING
13                                             PETITION FOR WRIT OF HABEAS
                                               CORPUS WITH PREJUDICE, DECLINING
14          v.                                 TO ISSUE CERTIFICATE OF
                                               APPEALABILITY, AND DIRECTING
15                                             CLERK OF COURT TO ENTER JUDGMENT
                                               AND CLOSE CASE
16
      CALIFORNIA DEPARTMENT OF                 Doc. 8
17    CORRECTIONS AND
      REHABILITATION,
18
                 Respondent.
19

20

21          Petitioner James Lee Crow is a state prisoner proceeding pro se and in forma pauperis

22    with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred

23    to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

24          On May 12, 2025, the assigned magistrate judge issued findings and recommendations to

25    dismiss the petition.  Doc. 8.  Those findings and recommendations were served upon all parties

26    and contained notice that any objections thereto were to be filed within twenty-one (21) days after

27    service.  No objections have been filed, and the deadline to do so has expired.

28          In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

                                               1

1    novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings

2    and recommendations are supported by the record and proper analysis.

3           Having found that petitioner is not entitled to habeas relief, the Court now turns to

4    whether a certificate of appealability should issue.  A petitioner seeking a writ of habeas corpus

5    has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is

6    allowed only in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335-336 (2003).  If a

7    court denies a habeas petition on the merits, the court may issue a certificate of appealability only "if

8    jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional

9    claims or that jurists could conclude the issues presented are adequate to deserve encouragement to

10   proceed further."  *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  While

11   the petitioner is not required to prove the merits of his case, he must demonstrate "something more

12   than the absence of frivolity or the existence of mere good faith on his . . . part."  *Miller-El*, 537 U.S.

13   at 338.

14          In the present case, the Court finds that reasonable jurists would not find the Court's

15   determination that the petition should be denied debatable or wrong, or that the petition is deserving

16   of encouragement to proceed further.  Petitioner has not made the required substantial showing of the

17   denial of a constitutional right.  Therefore, the Court declines to issue a certificate of appealability.

18          Accordingly,

19          1.     The findings and recommendations issued on May 12, 2025, Doc. 8, are adopted in

20                 full;

21          2.     The petition for writ of habeas corpus is dismissed with prejudice;

22          3.     The Clerk of Court is directed to enter judgment and close the case; and

23          4.     The Court declines to issue a certificate of appealability.

24

25

26   IT IS SO ORDERED.

27     Dated:   June 19, 2025                     _____

28                                               UNITED STATES DISTRICT JUDGE

2